# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ALRICK S. WILLIAMS, JR. & LISA G. WILLIAMS  Case Number: 07-71848
1090 INGRAM ROAD  SSN-xxx-xx-0682 & xxx-xx-6617
ROCKFORD, IL  61108

Case filed on: 8/3/2007
Plan Confirmed on: 11/26/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,354.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| 002 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FORD MOTOR CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 3,345.00 | 3,345.00 | 1,901.66 | 0.00 |
|  | Total Priority | 3,345.00 | 3,345.00 | 1,901.66 | 0.00 |
| 999 | ALRICK S. WILLIAMS, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | EVERHOME MORTGAGE | 31,142.70 | 103.66 | 103.66 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 11,288.76 | 11,288.76 | 3,535.37 | 1,387.71 |
| 005 | OLD ORCHARD HOMEOWNERS ASSOC. | 100.00 | 100.00 | 100.00 | 6.73 |
|  | Total Secured | 42,531.46 | 11,492.42 | 3,739.03 | 1,394.44 |
| 009 | ALRICK WILLIAMS, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ANTHIA WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 137.66 | 137.66 | 0.00 | 0.00 |
| 012 | BLACK EXPRESSIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE BANK (USA) NA | 994.30 | 994.30 | 0.00 | 0.00 |
| 016 | CAROL CARNEGIE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CATHEDRAL BAPTIST SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROUNDUP FUNDING LLC | 694.09 | 694.09 | 0.00 | 0.00 |
| 019 | CHRISTIAN LIFE SCHOOLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | COMED CO | 815.36 | 815.36 | 0.00 | 0.00 |
| 021 | CROSSINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CRUSADER CLINIC | 226.00 | 226.00 | 0.00 | 0.00 |
| 023 | EVANNA LAUNIUS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | INGRID HARGROVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MACYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NEW HORIZONS CHILDCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 1,852.19 | 1,852.19 | 0.00 | 0.00 |
| 028 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ONE SPIRIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD E A S | 407.00 | 407.00 | 0.00 | 0.00 |
| 035 | ROCKFORD INFECTIOUS DISEASE CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE AGENCY INC | 216.00 | 216.00 | 0.00 | 0.00 |
| 037 | MUTUAL MANAGEMENT SERVICES | 861.72 | 861.72 | 0.00 | 0.00 |
| 038 | SWEDISH AMERICAN EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | MUTUAL MANAGEMENT SERVICES | 140.50 | 140.50 | 0.00 | 0.00 |
| 042 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | TSYS TOTAL DEBT MANAGEMENT | 339.06 | 339.06 | 0.00 | 0.00 |
| 048 | MUTUAL MANAGEMENT SERVICES | 3,754.22 | 3,754.22 | 0.00 | 0.00 |
| 049 | CAVALRY PORTFOLIO SERVICES LLC | 770.36 | 770.36 | 0.00 | 0.00 |
| 050 | MUTUAL MANAGEMENT SERVICES | 706.79 | 706.79 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 051 | MUTUAL MANAGEMENT SERVICES | 970.75 | 970.75 | 0.00 | 0.00 |
| | Total Unsecured | 12,886.00 | 12,886.00 | 0.00 | 0.00 |
| | Grand Total: | 62,262.46 | 31,223.42 | 9,140.69 | 1,394.44 |

Total Paid Claimant:   $10,535.13
Trustee Allowance:   $818.87
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009              By  /s/Heather M. Fagan